UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,              Case No. 2:06:CR:02

v.

                            HON. GORDON J. QUIST

LYNN ROBERT RICKLEY,

        Defendant.

_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed June 8, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Lynn Robert Rickley's plea of guilty to Count One of the Superseding Felony Information is accepted. Defendant Lynn Robert Rickley is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Lynn Robert Rickley shall report to the United States Marshal in Marquette, Michigan, at **2:00 PM, Tuesday, August 8, 2006**. Defendant Lynn Robert Rickley shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: July 21, 2006                                    /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                           UNITED STATES DISTRICT JUDGE